BEFORE THE FIRST DIVISION, DECEMBER 12, 1963

No. 68162.—Williams, Clarke Company v. United States, protest 63/6005 (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

No. 68163.—Multivox Corp. of America v. United States, protests 60/19118, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of chord organs and parts thereof similar in all material respects to those the subject of *Excelsior Accordions, Inc.* v. *United States* (48 Cust. Ct. 148, C.D. 2328), the claim of the plaintiff was sustained.

No. 68164.—Polk's Model Craft Hobbies, Inc., et al. v. United States, protests 60/911(A), etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of HO gauge railroad accessories similar in all material respects to those the subject of *United States* v. *Polk's Model Craft Hobbies, Inc.. et al.* (47 CCPA 137, C.A.D. 746), the claim of the plaintiffs was sustained.